**FILED**
CLERK, U.S. DISTRICT COURT
12/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

OCTOBER 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-01008-ODW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 844(i): Malicious Damage and Attempted Malicious Damage of Property Used in Interstate and Foreign Commerce; 18 U.S.C. § 844(f)(1): Attempted Malicious Damage of Property Owned and Possessed by the United States and Any Department and Agency Thereof; 18 U.S.C.§ 111(a)(1), (b): Assaulting, Resisting, and Impeding Federal Officers and Employees; 18 U.S.C. § 844(h)(2): Carrying an Explosive During the Commission of a Felony; 26 U.S.C. § 5861(d): Possession of Unregistered Destructive Devices] |
| JOSE FRANCISCO JOVEL, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(i)]

On or about December 1, 2025, in Los Angeles County, within the Central District of California, defendant JOSE FRANCISCO JOVEL knowingly and maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate

and foreign commerce, and in any activity affecting interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 844(f)(1)]

On or about December 1, 2025, in Los Angeles County, within the Central District of California, defendant JOSE FRANCISCO JOVEL knowingly and maliciously attempted to damage and destroy, by means of fire and an explosive, a building and other personal and real property, in whole and in part owned and possessed by the United States, and any department and agency thereof.

COUNT THREE

[18 U.S.C. § 111(a)(1), (b)]

On or about June 17, 2025, in Los Angeles County, within the Central District of California, defendant JOSE FRANCISCO JOVEL intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with Protective Security Officers employed by Paragon Systems, Inc. and assisting officers and employees of the United States Federal Protective Service, Department of Homeland Security, while they were engaged in, and on account of, the performance of their official duties and in doing so, JOVEL used a deadly and dangerous weapon, namely, what is commonly known as a "Molotov cocktail."

COUNT FOUR

[18 U.S.C. § 844(h)(2)]

On or about December 1, 2025, in Los Angeles County, within the Central District of California, defendant JOSE FRANCISCO JOVEL knowingly carried an explosive, as defined by Title 18, United States Code, Section 844(j), namely, seven incendiary bomb, grenade, firebomb, and similar devices, as defined by Title 18, United States Code, Section 232(5), commonly known as "Molotov cocktails," during the commission of any felony which may be prosecuted in a court of the United States, namely, Assaulting, Resisting, and Impeding Federal Officers and Employees, in violation of Title 18, United States Code, Section 111(a)(1), (b), as charged in Count Three of this Indictment.

COUNT FIVE

[26 U.S.C. § 5861(d)]

On or about December 1, 2025, in Los Angeles County, within the Central District of California, defendant JOSE FRANCISCO JOVEL knowingly possessed firearms, namely, seven destructive devices, as defined in Title 26, United States Code, Section 5845(a)(8), (f)(1), and (f)(3), commonly known as "Molotov cocktails," which defendant JOVEL knew to be destructive devices, and which had not been registered to defendant JOVEL in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Chapter 53.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

JENNA W. LONG
Assistant United States Attorney
National Security Division

6