UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:25-cr-01008-ODW | Date | September 2, 2026 |
| Title | *United States of America v. Jose Francisco Jovel* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | N/A | Not Present |
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| | |
|---|---|
| Defendant(s) | Attorneys Present for Defendant(s): |
| Jose Francisco Jovel (not present) | Not Present |

**Proceedings:** **In Chambers**

The Court **DIRECTS** the Clerk to set the following dates:

- Jury Trial: **October 20, 2026, at 9:00 a.m.**;
- Pretrial Conference and Motion in Limine Hearing: **October 5, 2026, at 10:00 a.m.**;
- Deadline to file verdict forms, jury instructions, and statement of the case: **October 13, 2026**;
- Deadline to file Trial Memoranda: **October 2, 2026**
- Deadline for Defendant to Disclose Expert Testimony: **October 6, 2026**;
- Deadline to File Oppositions to Motions in Limine (not to exceed eight pages, each): **October 2, 2026**;
- Deadline for Government to File Exhibit and Witness Lists: **September 28, 2026**;
- Deadline to File Motions in Limine (limited to five per side; not to exceed eight pages, each; barred from revisiting prior rulings): **September 25, 2026**;
- Deadline for Government to Disclose Expert Testimony: **September 18, 2026**; and
- Deadline for Government to File Preliminary Exhibit and Witness Lists: **September 15, 2026**.

: 00

Initials of Preparer SE